## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:06CR00316-01 JLH | |
| MARK KEVIN ALEXANDER | DEFENDANT |

### ORDER

Pending before the Court is the government's Petition and Supplemental Petition for Revocation of Supervised Release. Documents #19 and #20. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's petition and supplemental petition to revoke is scheduled to begin on **WEDNESDAY, MARCH 3, 2010, at 9:45 a.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **MARK KEVIN ALEXANDER** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Latrece Gray has previously been appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 22nd day of February, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE