# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                             NO. 4:06CR00316-01 JLH

MARK KEVIN ALEXANDER                                  DEFENDANT

## ORDER

Court convened on Wednesday, March 3, 2010, for a hearing on the government's motion and supplemental motion to revoke defendant's supervised release. Documents #19 and #20. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Latrece Gray. United States Probation Officer Selina Earsa was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motions. Following statements from counsel and the defendant, the Court determined that the motions to revoke should be held in abeyance for six (6) months to allow defendant the opportunity to show that he can and will abide by the terms and conditions of supervised release previously imposed. The Court further determined that defendant's present conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that the defendant participate in and successfully complete a residential substance abuse treatment program as directed by the United States Probation Office. Upon successful completion of the substance abuse treatment program, defendant will enter a chemical-free living program as directed by the United States Probation Office.

In the event the defendant is found to be in violation of his conditions of supervised release, or is terminated from either the residential substance abuse treatment program or the chemical-free

living program in the six-month period, the government is directed to submit the appropriate motion and the Court will conduct a hearing.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 3rd day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE